# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>　　　　　Plaintiff,<br>　v.<br>FLAVIO TENORIO dba FILBERTO'S et al.,<br><br>　　　　　Defendants. | Civil No. 07cv748 J (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Before the Court is the parties' Joint Motion to Dismiss. [Doc. No. 11.] **IT IS HEREBY ORDERED** that Magistrate Judge Nita L. Stormes or any other Magistrate Judge appointed by the Court shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement. The terms of the Settlement Agreement are hereby incorporated in this Order.

It is further ordered that the Complaint in Case No. 07 CV 0748 is hereby dismissed in its entirety and with prejudice. The Parties shall each bear their own costs and fees, except as otherwise set forth in the Settlement Agreement, which is **incorporated herein by reference.**

**IT IS SO ORDERED**.

DATED: September 21, 2007

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Stormes
　　All Counsel of Record